UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES V. COLEMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID R. BRAND, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:23-cv-06135-DGE<br><br>ORDER TO SHOW CAUSE |

On May 3, 2024, Defendant Secretary Wormuth moved to dismiss this action. (Dkt. No. 26.) Plaintiff Charles Coleman failed to timely respond, and the motion to dismiss is now ripe. Pursuant to Local Civil Rule 7(b)(2), a party's failure to timely oppose a motion to dismiss "may be considered . . . as an admission that the motion has merit." Should Plaintiff wish to proceed with this action, Plaintiff SHALL show cause as to why this action should not be dismissed no later than **July 5, 2024**.

Dated this 17th day of June 2024.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 1